**STATE of Missouri, Respondent,**

v.

**Richard B. CHAMBERS III, Appellant.**

**No. ED 103052**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: May 31, 2016

ATTORNEYS FOR APPELLANT: Rosalynn Koch, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65102.

ATTORNEYS FOR RESPONDENT: Chris A. Koster, Attorney General, Robert J. Bartholomew, Jr., Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

### *ORDER*

Richard B. Chambers appeals from the judgment entered on his conviction after a jury trial of one count of second-degree rape and one count of third-degree domestic assault. Appellant challenges the admission of a booking video portraying him in an angry and violent state as well as alleged hearsay testimony regarding another officer's response to a previous domestic disturbance involving Appellant and Victim. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that

the admission of neither piece of evidence was so prejudicial as to deprive Appellant of a fair trial. An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).